Francis B. Coogler, for Defendant in Error.

———

Paul Larche, Appellant, v. J. L. Hackney, P. H. Collins, J. M. Jackson, D. R. Crum and W. B. Moody, constituting the Board of County Commissioners of Hillsborough County, Florida, and W. H. Kendrick, R. L. Davis, C. E. Webb and J. C. McNeil, Appellees.

An Appeal from a Decree of the Circuit Court within and for the County of Hillsborough.

Appeal dismissed on motion of counsel for appellant at costs of appellant.

K. I. McKay and James F. Glen, for Appellant;

Sparkman & Carter, for Appellees.